NICHOLAS A.TRUTANICH
United States Attorney
District of Nevada
Nevada Bar Number 13644
CHRISTOPHER LIN
Assistant United States Attorney
501 Las Vegas Boulevard South
Suite 1100
Las Vegas, Nevada  89101
702-388-6336
christopher.lin@usdoj.gov

*Attorneys for the United States of America*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:20-mj-00859-EJY |
| Plaintiff, | |
| v. | **Stipulation to Continue the Preliminary Examination Date and Exclude Time Under the Speedy Trial Act** |
| YARO ORTIZ, | **(Third Request)** |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED by and between, Nicholas A.

Trutanich, United States Attorney, District of Nevada, Christopher Lin, Assistant United States

Attorney, representing the United States of America, and David Chesnoff, Esq. and Richard

Schonfeld, Esq., representing Defendant Yaro Ortiz, that the Preliminary Examination date in

the above captioned case, which is currently scheduled for December 21, 2020 at 4:30 P.M., be

continued to a date and time convenient for the Court but not less than 30 days from the current

setting. The parties also stipulate to an extension of (1) the 30-day period under 18 U.S.C. §

3161(b) in which an indictment or information must be returned, and (2) the 90-day period

under 18 U.S.C. § 3164(b) for commencing trial for a detained defendant.

1.      Based on the public health emergency brought about by the COVID-2019 pandemic, the

required social-distancing measures as recognized in the Temporary General Orders, and

the need for additional time to prepare the defense, both during the public health emergency and once the public health emergency is resolved, the parties agree to continue the currently scheduled Preliminary Examination on December 21, 2020, to a date and time convenient for the Court, but not less than 30 days from the current settings.

2.  This continuance is not sought for purposes of delay, but to account for the necessary social-distancing in light of the COVID-2019 public health emergency, and to allow the defense adequate time to prepare during the public health emergency and following its resolution.

3.  Denial of this request could result in a miscarriage of justice, and the ends of justice served by granting this request outweigh the best interests of the public and the defendant in a speedy trial.

4.  The defendant is at liberty and does not object to the continuance.

5.  This is the parties' Third request to continue the Preliminary Examination date.

/ / /

6.     The additional time requested by this stipulation is excludable in computing the time within which the trial must commence pursuant to the Speedy Trial Act, Title 18, United States Code, Sections 3161(h)(7)(A), and considering the factors under Title 18, United States Code, Section 3161(h)(7)(B)(i) and (iv).

DATED this 16th day of December, 2020.

NICHOLAS A. TRUTANICH
United States Attorney

/s/   *Christopher Lin*                              /s/   *Richard Schonfeld*
CHRSTIOPHER LIN                               RICHARD SCHONFELD, ESQ.
Assistant United States Attorney               DAVID CHESNOFF, ESQ.
                                              Counsel for Defendant

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| United States of America, | )   Case No. 2:20-mj-00859-VCF |
| Plaintiff, | )   **Findings and Order on Stipulation** |
| v. | ) |
| YARO ORTIZ, | ) |
| Defendant. | ) |

Based on the pending Stipulation between the defense and the government, and good cause appearing therefore, the Court hereby finds that:

1.    To account for the necessary social-distancing in light of the COVID-2019 public health emergency and to allow the defense adequate time to prepare during and following the resolution of this public health emergency, the Preliminary Examination date in this case should be continued.

2.    The parties agree to this continuance.

3.    The defendant is at liberty and does not object to the continuance.

4.    This continuance is not sought for purposes of delay.

5.    Denial of this request could result in a miscarriage of justice, and the ends of justice served by granting this request outweigh the best interest of the public and the defendants in a speedy trial.

6.    The Speedy Trial Act's indictment clock under 18 U.S.C. § 3161(b) is extended to the Preliminary Hearing date set below.

7.    The additional time requested by this stipulation is excludable in computing the time within which the trial must commence pursuant to the Speedy Trial Act, Title 18, United

States Code, Sections 3161(h)(7)(A), and considering the factors under Title 18, United States Code, Section 3161(h)(7)(B)(i) and (iv).

THEREFORE, IT IS HEREBY ORDERED that the Preliminary Examination in the above-captioned matter currently scheduled for December 21, 2020 be vacated and continued to January 20, 2021, at the hour of 4:00 P.M., in Courtroom 3A.

DATED this 16th day of December, 2020.

_____
HONORABLE ELAYNA J. YOUCHAH
United States Magistrate Judge

5