CHRISTOPHER CHIOU
Acting United States Attorney
Nevada Bar No. 14853
District of Nevada
CHRISTOPHER LIN
Assistant United States Attorney
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
Tel: (702) 388-6336
Fax: (702) 388-6418
christopher.lin@usdoj.gov

*Attorneys for the United States of America*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>v.<br><br>YARO ORTIZ,<br><br>  Defendant. | Case No. 2:20-mj-00859-EJY<br><br>**Stipulation to Continue the Preliminary Examination Date and Exclude Time Under the Speedy Trial Act**<br>**(Seventh Request)** |

IT IS HEREBY STIPULATED AND AGREED by and between, Nicholas A. Trutanich, United States Attorney, District of Nevada, Christopher Lin, Assistant United States Attorney, representing the United States of America, and David Chesnoff, Esq. and Richard Schonfeld, Esq., representing Defendant Yaro Ortiz, that the Preliminary Examination date in the above captioned case, which is currently scheduled for April 21, 2021 at 4:00 P.M., be continued to a date and time convenient for the Court but not less than 60 days from the current setting. The parties also stipulate to an extension of (1) the 30-day period under 18 U.S.C. § 3161(b) in which an indictment or information must be returned, and (2) the 90-day period under 18 U.S.C. § 3164(b) for commencing trial for a detained defendant.

1. Based on the public health emergency brought about by the COVID-2019 pandemic, the required social-distancing measures as recognized in the Temporary General Orders, and the need for additional time to prepare the defense, both during the public health emergency and once the public health emergency is resolved, the parties agree to continue the currently scheduled Preliminary Examination on April 21, 2021, to a date and time convenient for the Court, but not less than 60 days from the current settings.

2. This continuance is not sought for purposes of delay, but to account for the necessary social-distancing in light of the COVID-2019 public health emergency, and to allow the defense adequate time to prepare during the public health emergency and following its resolution.

3. Denial of this request could result in a miscarriage of justice, and the ends of justice served by granting this request outweigh the best interests of the public and the defendant in a speedy trial.

4. The defendant is at liberty and does not object to the continuance.

5. This is the parties' seventh request to continue the Preliminary Examination date.

/ / /

6. The additional time requested by this stipulation is excludable in computing the time within which the trial must commence pursuant to the Speedy Trial Act, Title 18, United States Code, Sections 3161(h)(7)(A), and considering the factors under Title 18, United States Code, Section 3161(h)(7)(B)(i) and (iv).

DATED this 15th day of April, 2021.

CHRISTOPHER CHIOU
Acting United States Attorney

/s/   *Christopher Lin*  
CHRSTIOPHER LIN
Assistant United States Attorney

/s/   *Richard Schonfeld*  
RICHARD SCHONFELD, ESQ.
DAVID CHESNOFF, ESQ.
Counsel for Defendant

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| United States of America, | Case No. 2:20-mj-00859-EJY |
| Plaintiff, | **Findings and Order on Stipulation** |
| v. | |
| YARO ORTIZ, | |
| Defendant. | |

Based on the pending Stipulation between the defense and the government, and good cause appearing therefore, the Court hereby finds that:

1. To account for the necessary social-distancing in light of the COVID-2019 public health emergency and to allow the defense adequate time to prepare during and following the resolution of this public health emergency, the Preliminary Examination date in this case should be continued.
2. The parties agree to this continuance.
3. The defendant is at liberty and does not object to the continuance.
4. This continuance is not sought for purposes of delay.
5. Denial of this request could result in a miscarriage of justice, and the ends of justice served by granting this request outweigh the best interest of the public and the defendants in a speedy trial.
6. The Speedy Trial Act's indictment clock under 18 U.S.C. § 3161(b) is extended to the Preliminary Hearing date set below.
7. The additional time requested by this stipulation is excludable in computing the time within which the trial must commence pursuant to the Speedy Trial Act, Title 18, United

4

States Code, Sections 3161(h)(7)(A), and considering the factors under Title 18, United States Code, Section 3161(h)(7)(B)(i) and (iv).

THEREFORE, IT IS HEREBY ORDERED that the Preliminary Examination in the above-captioned matter currently scheduled for April 21, 2021 be vacated and continued to June 21, 2021, at the hour of 4:00 P.M., in Courtroom 3C.

DATED this 15th day of April, 2021.

_____
HONORABLE ELAYNA J. YOUCHAH
United States Magistrate Judge