1  CHRISTOPHER CHIOU
   Acting United States Attorney
2  Nevada Bar No. 14853
   District of Nevada
3  SHAHEEN P. TORGOLEY
   Assistant United States Attorney
4  501 Las Vegas Blvd. South, Suite 1100
   Las Vegas, Nevada 89101
5  Tel: (702) 388-6336
   Fax: (702) 388-6418
6  Shaheen.Torgoley@usdoj.gov
   *Attorneys for the United States of America*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>       v.<br><br>YARO ORTIZ,<br><br>       Defendant. | Case No. 2:20-mj-00859-EJY<br><br><br>**Stipulation to Continue the Preliminary Examination Date and Exclude Time Under the Speedy Trial Act**<br>**(Tenth Request)** |

IT IS HEREBY STIPULATED AND AGREED by and between, CHRISTOPHER

CHIOU, Acting United States Attorney, District of Nevada, through Shaheen P. Torgoley,

Assistant United States Attorney, representing the United States of America, and David

Chesnoff, Esq. and Richard Schonfeld, Esq., representing Defendant Yaro Ortiz, that the

Preliminary Examination date in the above captioned case, which is currently scheduled for

October 19, 2021, at 4 PM, be continued to a date and time convenient for the Court but not less

than 60 days from the current setting. The parties also stipulate to an extension of the 30-day

period under 18 U.S.C. § 3161(b) in which an indictment or information must be returned.

1.    Based on the public health emergency brought about by the COVID-2019 pandemic, the

      required social-distancing measures as recognized in the Temporary General Orders, and

the need for additional time to prepare the defense, both during the public health emergency and once the public health emergency is resolved, the parties agree to continue the currently scheduled Preliminary Examination on October 19, 2021, to a date and time convenient for the Court, but not less than 60 days from the current setting.

2.  This continuance is not sought for purposes of delay, but to account for the necessary social-distancing in light of the COVID-2019 public health emergency, and to allow the defense adequate time to prepare during the public health emergency and following its resolution.

3.  Denial of this request could result in a miscarriage of justice, and the ends of justice served by granting this request outweigh the best interests of the public and the defendant in a speedy trial.

4.  The government extended a formal plea offer which, following several conversations, the parties believe the defendant will enter.

5.  Defense continues to investigate the matter in order to advise the defendant.

6.  The defendant is at liberty and does not object to the continuance.

7.  This is the parties' ninth request to continue the Preliminary Examination date.

/ / /

/ / /

/ / /

8.    The additional time requested by this stipulation is excludable in computing the time within which the trial must commence pursuant to the Speedy Trial Act, Title 18, United States Code, Sections 3161(h)(7)(A), and considering the factors under Title 18, United States Code, Section 3161(h)(7)(B)(i) and (iv).

DATED this 14th day of October, 2021.

CHRISTOPHER CHIOU
Acting United States Attorney

/s/    *Shaheen P. Torgoley*                          /s/    *Richard Schonfeld*
SHAHEEN P. TORGOLEY                         RICHARD SCHONFELD, ESQ.
Assistant United States Attorney                DAVID CHESNOFF, ESQ.
                                                                   Counsel for Defendant

1
2

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

3

UNITED STATES OF AMERICA,                )      Case No. 2:20-mj-00859-EJY
                                         )
4                         Plaintiff,     )      **Findings and Order on Stipulation**
                                         )
5            v.                          )
                                         )
6    YARO ORTIZ,                         )
                                         )
7                         Defendant.     )

8

9          Based on the pending Stipulation between the defense and the government, and good

cause appearing therefore, the Court hereby finds that:

10   1.    To account for the necessary social-distancing in light of the COVID-2019 public health

11         emergency and to allow the defense adequate time to prepare during and following the

12         resolution of this public health emergency, the Preliminary Examination date in this case

13         should be continued.

14   2.    The parties agree to this continuance.

15   3.    The defendant is at liberty and does not object to the continuance.

16   4.    This continuance is not sought for purposes of delay.

17   5.    Denial of this request could result in a miscarriage of justice, and the ends of justice

18         served by granting this request outweigh the best interest of the public and the defendants

19         in a speedy trial.

20   6.    The Speedy Trial Act's indictment clock under 18 U.S.C. § 3161(b) is extended to the

21         Preliminary Hearing date set below.

22   7.    The additional time requested by this stipulation is excludable in computing the time

23         within which the trial must commence pursuant to the Speedy Trial Act, Title 18, United

24

1    States Code, Sections 3161(h)(7)(A), and considering the factors under Title 18, United

2    States Code, Section 3161(h)(7)(B)(i) and (iv).

3        THEREFORE, IT IS HEREBY ORDERED that the Preliminary Examination in the

4    above-captioned matter currently scheduled for October 19, 2021 be vacated and continued to

5    Monday, December 20, 2021, at the hour of 4:00 P.M., in a courtroom to be determined.

6
7        DATED this 15th day of October, 2021.

8
9
10   HONORABLE ELAYNA J. YOUCHAH
     United States Magistrate Judge

11
12
13
14
15
16
17
18
19
20
21
22
23
24

5